UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., </br></br> Plaintiff, </br></br> v. </br></br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:22-cv-03310 </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF APPEARANCE**

Eric W. Lee hereby enters his appearance as counsel on behalf of Plaintiff Judicial Watch, Inc., in the above-captioned matter. The undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: October 28, 2022

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ *Eric W. Lee*
Eric W. Lee (D.C. Bar No. 1049158)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC  20024
Tel.:   (202) 646-5172
Email: elee@judicialwatch.org

*Attorney for Plaintiff*