# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:22-cv-03310 (RBW) |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| *Defendant.* ) | |
| _____) | |

## PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE

Plaintiff Judicial Watch, Inc., by counsel, respectfully submits the attached Affidavit of Brooke Paz as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendants in the above-captioned matter.

Dated: November 14, 2022

Respectfully submitted,

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel.    (202) 646-5172
Fax.    (202) 646-5199
Email: porfanedes@judicialwatch.org

*Counsel for Plaintiff*