# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JUDICIAL WATCH, INC.,              ) | |
|                                    ) | |
|     *Plaintiff,*           ) | |
|                                    ) | |
| v.                                 ) | Case No. 1:22-cv-03310 (RBW) |
|                                    ) | |
| NATIONAL ARCHIVES AND              ) | |
| RECORDS ADMINISTRATION             ) | |
|                                    ) | |
|     *Defendant.*           ) | |
|                                    ) | |

## **AFFIDAVIT OF BROOKE PAZ**

I, BROOKE PAZ, declare as follows:

1. My name is Brooke Paz. I am over eighteen years of age, of sound mind, and fully competent to submit this affidavit. I have personal knowledge of the factual statements contained herein.

2. I am employed as a paralegal with Judicial Watch, Inc., in Washington, DC. I have worked in this capacity since August 2022. Among my duties is serving summonses, complaints, and other new case filings in lawsuits filed by the organization.

3. On October 28, 2022, Plaintiff initiated the above-captioned lawsuit in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of the Complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the National Archives and Records Administration.

4. Service on the U.S. Attorney for the District of Columbia was effected by email set to USADC-ServiceCivil USADC.ServiceCivil@usdoj.gov. By email dated November 13, 2022, the Office of the U.S. Attorney acknowledged receiving and accepting the service package as of November 1, 2022. A copy of the email is attached hereto as Exhibit 1.

5.	Service on the U.S. Attorney General was effected by certified USPS mail, return receipt requested. According to the USPS Track and Confirm page, the service package was delivered on November 7, 2022. A copy of the Track and Confirm page is attached hereto as Exhibit 2.

6.	Service on the National Archives and Records Administration was effected by certified USPS mail, return receipt requested. According to the USPS Track and Confirm page, the service package was delivered on November 4, 2022. A copy of the Track and Confirm page is attached hereto as Exhibit 3.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on November 14, 2022.

_____
Brooke Paz

# **EXHIBIT 1**

# Brooke Paz

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Sunday, November 13, 2022 2:28 PM |
| **To:** | Brooke Paz |
| **Subject:** | RE: Judicial Watch, Inc. v. National Archives and Records Administration (22-3310) |

[EXTERNAL EMAIL]

Your service package has been received and accepted with a service date of November 1, 2022.  Thank you.

**From:** Brooke Paz <bpaz@judicialwatch.org>
**Sent:** Tuesday, November 1, 2022 3:06 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Judicial Watch, Inc. v. National Archives and Records Administration (22-3310)

1

**EXHIBIT 2**

USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

# 70220410000023110605

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:56 am on November 7, 2022 in WASHINGTON, DC 20530.

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
November 7, 2022, 4:56 am

See All Tracking History

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ⌃

Feedback

**Track Another Package**

Enter tracking or barcode numbers

# **EXHIBIT 3**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70220410000023110599

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:46 am on November 4, 2022 in COLLEGE PARK, MD 20740.

## Delivered

**Delivered, Left with Individual**

COLLEGE PARK, MD 20740
November 4, 2022, 10:46 am

See All Tracking History

Feedback

---

Text & Email Updates  ⌄

---

USPS Tracking Plus®  ⌄

---

Product Information  ⌄

See Less ︿

**Track Another Package**

[ Enter tracking or barcode numbers ]