# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendant. | Civil Action No. 1:22-cv-03310-RBW |

## NOTICE OF APPEARANCE

Kevin K. Bell, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for the Defendant in the above-captioned matter.

DATED: December 1, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Kevin Bell
KEVIN BELL (D.C. Bar No. 90001212)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-8613
Email: kevin.k.bell@usdoj.gov

*Counsel for Defendant*

1

**CERTIFICATE OF SERVICE**

On December 1, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    /s/ Kevin Bell
KEVIN BELL (D.C. Bar No. 90001212)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-8613
Email: kevin.k.bell@usdoj.gov