IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      *Plaintiff*,<br><br>  v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>      *Defendant*. | No. 1:22-cv-03310-RBW |

## ANSWER

Defendant the National Archives and Records Administration ("NARA"), through the undersigned counsel, hereby answer the numbered paragraphs of the Complaint, ECF No. 1, by Plaintiff Judicial Watch, Inc., in this Freedom of Information Act ("FOIA") action, as follows:

1. Paragraph 1 consists of Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.

2. Paragraph 2 consists of Plaintiff's legal conclusions regarding venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Defendant admits the first sentence of paragraph 4. The second sentence of this paragraph consists of Plaintiff's legal conclusions, to which no response is required.

5. Defendant admits that the Barack Obama Presidential Library ("the Library"), a component of NARA, received a FOIA request from Plaintiff on or about March 4, 2022.

Defendant respectfully refers the Court to the first request, with case log numbers 22-26840-F, 22-26841-F, 22-26842-F, and 22-26843-F, for a full and accurate statement of its contents.

6. Defendant admits that the Library, a component of NARA, received a FOIA request from Plaintiff on or about March 7, 2022. Defendant respectfully refers the Court to the second request, with case log number 22-26844-F, for a full and accurate statement of its contents.

7. Defendant admits paragraph 7.

8. Defendant admits the first sentence of paragraph 8. Defendant admits that the Library communicated with Plaintiff on March 22, 2022, regarding the March 4 and March 7 FOIA requests, and that the Library acknowledged splitting the first request into four parts. Defendant avers that the Library assigned the following case log numbers to the requests: for the first request, 22-26840-F, 22-26841-F, 22-26842-F, 22-26843-F; and for the second request, 22-26844-F. Defendant admits the final sentence of paragraph 8.

9. Defendant admits that, as of the date of this filing, Defendant has not released any records to Plaintiff in response to FOIA requests 22-26840-F, 22-26841-F, 22-26842-F, 22-26843-F, and 22-26844-F, but Defendant avers that it continues to process the request.

10. Defendant incorporates by reference its responses to the preceding paragraphs.

11. Paragraph 11 consists of Plaintiff's legal conclusions, to which no response is required.

12. Paragraph 12 consists of Plaintiff's legal conclusions and argument, to which no response is required.

13.     Paragraph 13 consists of Plaintiff's legal conclusions and argument, to which no response is required.

14.     Paragraph 14 consists of Plaintiff's legal conclusions and argument, to which no response is required. To the extent that a response is required, Defendant respectfully refers the Court to the provisions of FOIA related to administrative exhaustion requirements and denies any allegations in paragraph 14 that are inconsistent therewith.

The remaining paragraph constitutes Plaintiff's request for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the requested relief, or any relief whatsoever.

Defendant denies all allegations of the Complaint not expressly admitted herein.

## Defense

Defendant has exercised due diligence in processing the FOIA requests and exceptional circumstances exist necessitating additional time for Defendant to continue its processing. *See* 5 U.S.C. § 552(a)(6)(C).

Dated: December 1, 2022									Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

<u>/s/ *Kevin K. Bell*</u>
Kevin K. Bell (D.C. Bar No. 90001212)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20005
(202) 305-8613
kevin.k.bell@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

On December 1, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the District of Columbia, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    /s/ Kevin Bell
KEVIN BELL (D.C. Bar No. 90001212)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-8613
Email: kevin.k.bell@usdoj.gov