UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-cv-03310-RBW |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's minute order issued February 23, 2023, Plaintiff Judicial Watch, Inc. (Judicial Watch) and Defendant National Archives and Records Administration (NARA) provide the below status report to the Court on Plaintiff's Freedom of Information Act (FOIA) requests at issue in the case:

1. On March 4, 2022, Plaintiff submitted a FOIA request to the Barack Obama Presidential Library (Library), a component of Defendant, for several categories of records. *See* Complaint ¶ 5. Plaintiff submitted a second separate, but related FOIA request to the Library on March 7, 2022. *Id.* ¶ 6. These two requests have been assigned five case log numbers: (March 4 request) 22-26840-F, 22-26841-F, 22-26842-F, and 22- 26743-F; (March 7 request) 22-26844-F.

2. The Parties submitted a Joint Status Report (JSR1) on January 26, 2023, which described the way for Defendant to process requests for records, such as those in Plaintiff's FOIA requests, that implicate the Presidential Records Act (PRA), 44 U.S.C. §§ 2201–2209. ECF 9 ¶¶ 4, 7–8.

3. Pursuant to the PRA, the Library issued a notification for the unclassified portion of records responsive to Plaintiff's FOIA requests on March 14, 2023. The official notification

letter is available at https://www.archives.gov/files/rn-lpbho-2023-060.pdf. As stated in the letter, and pursuant to 44 U.S.C. § 2208(a) of the PRA, Defendant will release the records after 60 working days from the date of the letter, which is June 7, 2023—unless either party requests a one-time extension (which would be for an additional 30 working days).

4. The Library reviewed 1,760 electronic assets and 144 pages for further responsiveness and sent out 476 electronic assets and 144 pages for notification. The Archival Operations Division, another component of Defendant, reviewed a further 755 pages of potentially responsive records belonging to classified collections and determined that 588 pages were responsive. The Division forwarded the responsive pages to the Library for a further review, and the Library plans to make a notification for any releasable pages on April 14, 2023. Archival Operations expects to continue to review its potentially responsive classified collections at a rate of 500 pages per month.

5. The parties propose submitting a further status report on June 26, 2023.

Dated: March 26, 2023                                Respectfully submitted,

                                                     BRIAN M. BOYNTON
/s/ *Eric W. Lee*                                    Principal Deputy Assistant Attorney General
Eric W. Lee                                          Civil Division
D.C. Bar No. 1049158
JUDICIAL WATCH, INC.                                 ELIZABETH J. SHAPIRO
425 Third Street, S.W., Suite 800                    Deputy Branch Director
Washington, DC 20024
(202) 646-5172                                       /s/ *Kevin K. Bell*
elee@judicialwatch.org                               Kevin K. Bell (D.C. Bar No. 90001212)
                                                     Trial Attorney
*Counsel for Plaintiff*                              United States Department of Justice
                                                     Civil Division, Federal Programs Branch
                                                     1100 L St. NW
                                                     Washington, D.C. 20005
                                                     Tel: (202) 305-8613
                                                     E-mail: kevin.k.bell@usdoj.gov

*Counsel for Defendant*